THOMAS R. BURKE (State Bar No. 141930)
SUSAN E. SEAGER (State Bar No. 204824)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111-3611
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

ALAN L. SCHLOSSER (State Bar No. 49957)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
1663 Mission Street, Suite 460
San Francisco, California 94103
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437

Attorneys for Plaintiffs Rebecca Allison Gordon,
Janet Amelia Adams, and American Civil Liberties
Union Foundation of Northern California

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA ALLISON GORDON, JANET AMELIA ADAMS, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, TRANSPORTATION SECURITY ADMINISTRATION, and DEPARTMENT OF JUSTICE<br>Defendants. | No.  C-03-1779 CRB<br><br>STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE MOTION FOR ATTORNEYS' FEES (Local Rule 54-6) |

IT IS HEREBY STIPULATED by the parties that:

1. On June 29, 2005, this Court entered in the above- captioned matter a judgment in favor of plaintiffs in part in favor of defendants in part.

2. Plaintiffs believe that they are entitled to attorneys' fees pursuant to 5 U.S.C. §552(a)(5). Local Rule 54-6 requires that the parties meet and confer for the purpose of resolving all the disputed issues relating to attorneys' fees before filing the fees motion. On July 8, 2005, the parties entered into a stipulation to enlarge the time to file a motion for attorneys' fees to on or before October 31, 2005. This Court entered an order to this effect on the same day. Since the entry of this order, the parties have initiated meet and confer discussions but additional time is being requested to accommodate counsels' respective schedules.

3. Accordingly, the parties seek an order of this Court enlarging the time for plaintiffs to file a motion for attorneys' fees to on or before January 15, 2006.

Dated: October 18, 2005

THOMAS R. BURKE
SUSAN E. SEAGER
DAVIS WRIGHT TREMAINE LLP

AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA

By: __/s/ Thomas R. Burke_____
Attorneys for Plaintiffs Rebecca Allison Gordon, Janet Amelia Adams, and American Civil Liberties Union Foundation of Northern California

U.S. DEPARTMENT OF JUSTICE

By: __/s/ Joseph LoBue_____
Attorneys for Defendants FBI and Transportation Security Administration

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 24, 2005

_____
Hon. Charles R. Breyer
U.S. District Judge

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C-03-1779 CRB
STIPULATION & [PROPOSED] ORDER ENLARGING TIME TO FILE MOTION FOR ATTORNEYS' FEES    2