THOMAS R. BURKE (State Bar No. 141930)
SUSAN E. SEAGER (State Bar No. 204824)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

ALAN L. SCHLOSSER (State Bar No. 49957)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
1663 Mission Street, Suite 460
San Francisco, California 94103
Telephone: (415) 621-2493
Facsimile:  (415) 255-8437

Attorneys for Plaintiffs Rebecca Allison Gordon,
Janet Amelia Adams, and American Civil Liberties
Union Foundation of Northern California

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA ALLISON GORDON, JANET AMELIA ADAMS, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, TRANSPORTATION SECURITY ADMINISTRATION, and DEPARTMENT OF JUSTICE<br><br>Defendants. | No. C-03-1779 CRB<br><br>STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE MOTION FOR ATTORNEYS' FEES (Local Rule 54-6) |

The parties hereby stipulate and agree as follows:

1. On June 29, 2005, this Court entered in the above-captioned matter a judgment in favor of plaintiffs in part in favor of defendants in part.

CASE NO. C-03-1779 CRB
STIPULATION & [PROPOSED] ORDER ENLARGING TIME TO FILE MOTION FOR ATTORNEYS' FEES

2. Plaintiffs believe that they are entitled to attorneys' fees pursuant to 5 U.S.C. §552(a)(4)(E).

3. On October 24, 2005, the Court signed a Stipulation and Order which enlarged the time for plaintiffs to file a motion for attorneys' fees until January 15, 2006.

4. The parties have engaged in good faith negotiations in an effort to resolve the issues relating to plaintiffs' anticipated motion for attorneys' fees without further litigation; however, the parties have not yet reached a final agreement that has been approved by all of the defendant agencies.

5. The parties anticipate that settlement negotiations can be concluded within two weeks after the date of this Stipulation.

6. To allow sufficient time for plaintiffs to prepare and file a motion for attorneys' fees if no final agreement is reached, the parties respectfully seek an order enlarging the time for plaintiffs to file a motion for attorneys' fees until February 24, 2006.

Dated: January 10, 2006

THOMAS R. BURKE
SUSAN E. SEAGER
DAVIS WRIGHT TREMAINE LLP

AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA

By: /s/ Thomas R. Burke
Attorneys for Plaintiffs Rebecca Allison Gordon, Janet Amelia Adams, and American Civil Liberties Union Foundation of Northern California

U.S. DEPARTMENT OF JUSTICE

By: /s/ Joseph LoBue
Attorneys for Defendants FBI and Transportation Security Administration

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 12, 2006

Hon. Charles R. Breyer
U.S. District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer (United States District Court, Northern District of California seal)