| | |
|---|---|
| 1 | ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) |
| 2 | JOSEPH W. LOBUE (D.C. Bar No. 293514) |
|   | U.S. Department of Justice |
| 3 | 20 Massachusetts Avenue, N.W., Room 7300 |
|   | Washington, DC  20530 |
| 4 | Telephone:  (202) 514-4640 |
| 5 | Facsimile:  (202) 616-8470 |
|   | Attorneys for Defendants |
| 6 | |
| 7 | THOMAS R. BURKE (State Bar No. 141930) |
|   | SUSAN E. SEAGER (State Bar No. 204824) |
| 8 | DAVIS WRIGHT TREMAINE LLP |
|   | One Embarcadero Center, Suite 600 |
| 9 | San Francisco, California 94111-3611 |
| 10 | Telephone: (415) 276-6500 |
|   | Facsimile: (415) 276-6599 |
| 11 | |
| 12 | ALAN L. SCHLOSSER (State Bar No. 49957) |
|   | AMERICAN CIVIL LIBERTIES UNION |
| 13 | FOUNDATION OF NORTHERN CALIFORNIA |
| 14 | 1663 Mission Street, Suite 460 |
|   | San Francisco, California 94103 |
| 15 | Telephone: (415) 621-2493 |
|   | Facsimile: (415) 255-8437 |
| 16 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| REBECCA ALLISON GORDON, JANET AMELIA ADAMS and AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, | ) ) ) ) | Case No. C-03-1779 CRB |
| Plaintiffs, | ) ) | **STIPULATION OF COMPROMISE AND SETTLEMENT OF PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS AND** ~~PROPOSED~~ **ORDER** |
| v. | ) ) ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

Stipulation of Compromise and Settlement of Claim for
Attorneys' Fees and Costs, Case No. C-03-1779 CRB

Subject to approval of the Court, plaintiffs Rebecca Allison Gordon, Janet Amelia Adams and American Civil Liberties Union Foundation of Northern California, and Defendants Federal Bureau of Investigation (FBI), Department of Justice and Transportation Security Administration (TSA) hereby stipulate and agree as follows:

1. On June 29, 2005, this Court entered in the above-captioned matter a judgment in favor of plaintiffs in part and in favor of defendants in part under the Freedom of Information Act, 5 U.S.C. § 552.

2. On October 24, 2005, the Court signed a Stipulation and Order which enlarged the time for plaintiffs to file a motion for attorneys' fees until January 15, 2006.

3. The parties have now reached an agreement to compromise and settle all claims against defendants for attorney's fees, costs and expenses in this litigation for $200,000.00, which amount shall be paid by the United States to the American Civil Liberties Union Foundation of Northern California, 1663 Mission Street, Suite 460, San Francisco, California 94103.

4. Payment of the amount described in paragraph 3 of this Stipulation shall constitute full satisfaction of any and all obligations of the United States for attorney's fees, costs and expenses in this litigation under 5 U.S.C. § 552(a)(4)(E) and any other provision of law authorizing an award of attorney's fees and costs. In consideration of the payment described in paragraph 3 above, plaintiffs, and each of them, hereby waive, forego, and forever discharge the United States, the United States Department of Justice, the Federal Bureau of Investigation, the United States Department of Homeland Security, the Transportation Security Administration, and their agents, employees, successors and assigns, from any and all liability for attorney's fees,

litigation costs, or any other expenses of any kind that have been or may be incurred in connection with this litigation.

Dated: January 18, 2006

AGREED:

| | |
|---|---|
| THOMAS R. BURKE<br>SUSAN E. SEAGER<br>DAVIS WRIGHT TREMAINE LLP | PETER D. KEISLER<br>Assistant Attorney General |
| | KEVIN V. RYAN<br>United States Attorney |
| ALAN L. SCHLOSSER<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA | ELIZABETH J. SHAPIRO<br>JOSEPH W. LOBUE<br>U.S. DEPARTMENT OF JUSTICE |
| By: _/s/_____<br>Attorneys for Plaintiffs Rebecca Allison Gordon, Janet Amelia Adams, and American Civil Liberties Union Foundation of Northern California | By: _/s/ Joseph W. LoBue_____<br>Attorneys for Defendants<br>U.S. Department of Justice,<br>Federal Bureau of Investigation, and<br>Transportation Security Administration |

## ORDER

Pursuant to the Stipulation of the parties, it is SO ORDERED.

Dated: January 24, 2006

_____
Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* [seal: United States District Court, Northern District of California]

Stipulation of Compromise and Settlement of Claim for
Attorneys' Fees and Costs, Case No. C-03-1779 CRB   - 3 -